# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBINS RESEARCH INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEEDBASEDAPPS, LLC, et al., <br><br> Defendants. | NO. CV 12-0797 GW (FMOx) <br><br> **ORDER TO SHOW CAUSE** |

On June 4, 2012, plaintiff Robbins Research International, Inc. ("RRI") served its First Set of Requests for the Production of Documents and Things to Defendant NBA ("Document Requests"), which contained 62 Document Requests. (Declaration of Eric J. Lorenzini in Support of Plaintiff Robbins Research International, Inc.'s Motion to Compel Production of Documents and Tangible Things ("Lorenzini Decl.") at ¶ 8 & Exhibit ("Exh.") E). Defendant Needbasedapps, LLC, ("NBA") served its responses to the Document Requests on July 9, 2012 ("July 9, 2012, Responses"). (Id. at ¶ 10 & Exh. H). The July 9, 2012, Responses consisted of boilerplate objections to nearly all of the 62 Document Requests.[1] (See id. at Exh. H). The July 9, 2012, Responses were signed by defense counsel, Rebecca A. Cucu. (See id.).

IT IS HEREBY ORDERED THAT, on or before **October 29, 2012,** counsel for defendant NBA, Rebecca A. Cucu, ("counsel") shall show cause, if any there be, why she should not be

---

[1] There were four Document Requests for which NBA responded that there are no responsive documents. However, even a few of those appear to be based on a misconstruction of the Request.

1  sanctioned for violating Fed. R. Civ. P. 26(g).  **Counsel shall attempt to show such cause in**
2  **writing by filing a declaration signed under penalty of perjury.[2]  In particular, counsel's**
3  **declaration must address whether she conducted a reasonable inquiry within the meaning**
4  **of Rule 26(g) before signing the Document Requests and whether she has substantial**
5  **justification for all the responses she provided to RRI's Document Requests in the July 9,**
6  **2012, Responses.  Failure timely to file such a declaration or to show cause as ordered will**
7  **result in sanctions being imposed.**
8         IT IS FURTHER ORDERED THAT, on or before **November 5, 2012**, counsel for RRI shall
9  provide a declaration signed under penalty of perjury responding to Ms. Cucu's declaration.
10 Dated this 15th day of October, 2012.

                                         /s/
                                    Fernando M. Olguin
                                 United States Magistrate Judge

---

[2]  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.